## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 143 - 2 | **DATE** | 2/25/2008 |
| **CASE TITLE** | USA vs. Julio Montes De Oca | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 02/27/08 at 4:00 p.m. Counsel Sergio Rodriguez advises the Court that defendant is seeking to retain private counsel. Defendant to remain in custody pending further order of court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|