UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                  Case No.: 1:08−cr−00143
                                                Honorable Nan R. Nolan

Jaime Anguiano, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge Nan R. Nolan :Detention hearing as to Julio Montes De Oca held on 2/27/2008 and continued to 3/6/2008 at 10:30 AM. Government seeks detention. Defendant will remain in custody until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Oral motion by counsel Sergio Fidel Rodriguez to withdraw his appearance as counsel for defendant is granted.Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.