# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 CR 0143

UNITED STATES OF AMERICA


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
JULIO MONTES DE OCA

FILED
2-27-08
FEB 27 2008

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| MICHAEL A. UNGER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael A. Unger | |
| FIRM | |
| MICHAEL A. UNGER, ATTORNEY AT LAW | |
| STREET ADDRESS | |
| 2802 W. 26th Street | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60623 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 02876957 | (773) 523-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ | |