**FILED**
APR 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

JUDGE AMY ST. EVE

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ___ YES _X_ If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **08 CR 143; U. S. v. Jaime Anguiano and Julio Montes De Oca**  Nolan

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):   **MAGISTRATE JUDGE NOLAN**

3) Is this re-filing of a previously dismissed indictment or information? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?
   NO _X_ YES ___

6) What level of offense is this indictment or information?
   FELONY _X_ MISDEMEANOR ___

7) Does this indictment or information involve eight or more defendants?
   NO _X_ YES ___

8) Does this indictment or information include a conspiracy count?
   NO _X_ YES ___

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .......................... (II)
   ☐ Criminal Antitrust ............. (II)
   ☐ Bank robbery .................... (II)
   ☐ Post Office Robbery .......... (II)
   ☐ Other Robbery ................... (II)
   ☐ Assault ............................... (III)
   ☐ Burglary ............................. (IV)
   ☐ Larceny and Theft ............. (IV)
   ☐ Postal Embezzlement ........ (IV)
   ☐ Other Embezzlement ......... (III)
   ☐ Income Tax Fraud ............. (II)
   ☐ Postal Fraud ...................... (II)
   ☐ Other Fraud ....................... (III)
   ☐ Auto Theft ......................... (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery ............................... (III)
   ☐ Counterfeiting ................... (III)
   ☐ Sex Offenses ..................... (II)
   ☒ DAPCA Marijuana ............ (III)
   ☐ DAPCA Narcotics ............. (III)
   ☐ DAPCA Controlled Substances (III)
   ☐ Miscellaneous General Offenses (IV)
   ☐ Immigration Laws ............. (IV)
   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Food & Drug Laws ........... (IV)
   ☐ Motor Carrier Act ............. (IV)
   ☐ Selective Service Act ........ (IV)
   ☐ Obscene Mail .................... (III)
   ☐ Other Federal Statutes ...... (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

   **Title 21, United States Code, Section 841(a)(1)**

   **J. GREGORY DEIS**
   **Assistant United States Attorney**