# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 143 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. Julio Montes De Oca | | |

**DOCKET ENTRY TEXT**

Arraignment held. Interpreter present in court. Defendant acknowledges receipt of the indictment, waives formal reading and enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 4/22/2008. Status hearing set for 5/15/2008 at 8:45 A.M. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(i)time is excluded in the interest of justice beginning 4/15/2008 to 5/15/2008. (X-T).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TH |
|---|---|---|