# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.

Jaime Anguiano, et al.

                    Defendant.

Case No.: 1:08–cr–00143
Honorable Amy J. St. Eve

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Jaime Anguiano, Julio Montes De Oca: Status hearing held on 7/2/2008 and continued to 8/26/08 at 9:00 a.m. Government's oral motion to sever defendants is granted. Jury trial as to Jaime Anguiano set to begin on 9/22/08 at 9:30 a.m. Jury trial as to Julio Montes De Oca set to begin on 9/24/08 at 9:30 a.m. If defendant Anguiano's case is resolved prior to trial, defendant De Oca's jury trial will begin on 9/22/08. Pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. 3161 (h)(8)(B)(i)time is excluded in the interest of justice beginning 7/2/08 to 8/26/08. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.