UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 143 |
| | ) | |
| | ) | Hon. Amy St. Eve |
| JAIME ANGUIANO and | ) | |
| JULIO MONTES DE OCA | ) | |

## GOVERNMENT'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves this Court for the early return of trial subpoenas. In support of the Motion, the government respectfully states as follows:

1. On April 1, 2008, defendants were indicted under 21 U.S.C. § 841(a)(1) with knowingly and intentionally possessing with the intent to distribute controlled substances, namely, in excess of 100 kilograms of mixtures containing marijuana.

2. This Court set these cases for separate trials beginning on September 22, 2008.

3. In preparation for trial, the government anticipates serving trial subpoenas for documents. In order to allow the government and defense counsel adequate time to review any documents produced by third parties, the government requests that this Court order that early return dates be allowed for trial subpoenas.

4. The undersigned Assistant U.S. Attorney spoke with Michael Unger, counsel for Montes de Oca, and he agrees to the government's request. Jayne Ingles, counsel for Anguiano, could not reach her client.

WHEREFORE, the United States respectfully requests that this Court grant the government's motion for early return of trial subpoenas..

                              Respectfully submitted.

                              PATRICK J. FITZGERALD
                              United States Attorney

                    By:   /s/ J. Gregory Deis
                              J. GREGORY DEIS
                              Assistant United States Attorney
                              219 South Dearborn Street, 5th Floor
                              Chicago, IL  60604
                              (312) 886-7625

Dated: August 4, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 143 |
| | ) | |
| | ) | Hon. Amy St. Eve. |
| JAIME ANGUIANO and | ) | |
| JULIO MONTES DE OCA | ) | |

## ORDER

It is hereby ordered that the government's motion for the early return of trial subpoenas is GRANTED.

ENTER:  _____  _____
HON. AMY ST. EVE
United States District Judge

DATED:　August __, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 143 |
| | ) | |
| | ) | Hon. Amy St. Eve. |
| JAIME ANGUIANO and | ) | |
| JULIO MONTES DE OCA | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS**

was served on **August 4, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Respectfully submitted.

PATRICK J. FITZGERALD
United States Attorney

By: /s/ J. Gregory Deis
J. GREGORY DEIS
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL  60604
(312) 886-7625