# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                   Case No.: 1:08–cr–00143
                                     Honorable Amy J. St. Eve

Jaime Anguiano, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Julio Montes De Oca: Status hearing set for 8/26/08 is stricken. Change of Plea Hearing set for 8/26/2008 at 09:30 AM. A copy of the plea agreement to be submitted to chambers by 4:00 p.m. on 8/25/08. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.