## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 143 - 2 | **DATE** | 8/26/2008 |
| **CASE TITLE** | United States vs. Julio Montes De Oca | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held on 8/26/08. Defendant withdraws plea of not guilty and enters a plea of guilty to the indictment. Defendant informed of his rights. Judgment of guilty entered. Jury trial of 9/24/08 is stricken. Status hearing set for 10/7/08 at 9:00 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | KF |
|---|---|---|